**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Eugene WEBB, a/k/a James Thomas Webb, Defendant–Appellant.**

**No. 01–4257.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 28, 2001.

Decided Oct. 10, 2001.

Robert L. McClellan, Ivey, McClellan, Gatton & Talcott, L.L.P., Greensboro, NC, for appellant. Benjamin H. White, Jr., United States Attorney, Michael F. Joseph, Assistant United States Attorney, Greensboro, NC, for appellee.

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

William Eugene Webb was convicted of possession of a firearm by a felon, possession of crack cocaine, and carrying a firearm during a drug trafficking offense. He challenges the district court's denial of his pre-trial motion to suppress. We have carefully examined the transcript of the motion to suppress, and we find the court's ruling to be without error. Thus, we affirm on the reasoning of the district court. (J.A. at 99–102). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*